NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES O'DONNELL,<br><br>    Plaintiff,<br><br>v.<br><br>SHERATON MINNEAPOLIS WEST, *et al.*,<br><br>    Defendants. | Civil Action No. 19-18615 (SDW) (LDW)<br><br>**ORDER**<br><br>February 24, 2020 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated January 28, 2020, which recommends that this matter be transferred to the United States District Court for the District of Minnesota, and that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and *Forum Non Conveniens* (ECF No. 8) be denied as moot. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 14) is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that this case be transferred to the United States District Court for the District of Minnesota.

**SO ORDERED**.

                                            <u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig: Clerk
cc: Parties
     Magistrate Judge Wettre